# CASE ANNOUNCEMENTS
*March 6, 2014*

[Cite as *03/06/2014 Case Announcements*, 2014-Ohio-813.]

## MOTION AND PROCEDURAL RULINGS

**2012–1484.  In re Fuel Adjustment Clauses for Columbus S. Power Co.**

Public Utilities Commission, Nos. 09–872–EL–FAC and 09–873–EL–FAC. This cause is pending before the court as an appeal from the Public Utilities Commission of Ohio.

Upon consideration of the joint motion of appellee/cross-appellant and appellee/cross-appellee for a variation of time for oral argument scheduled for Wednesday, March 12, 2014, it is ordered by the court that the motion is granted. Accordingly, appellant/cross-appellee shall argue first and be allotted 15 minutes and may reserve time for the first rebuttal, appellee/cross-appellant shall argue second and be allotted 15 minutes and may reserve time for the second rebuttal, and appellee/cross-appellee shall argue third and be allotted 15 minutes.